# United States Court of Appeals
### For the Eighth Circuit

_____

No. 24-3063

_____

United States of America

*Plaintiff - Appellee*

v.

Juwan Dupri Crawford

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Eastern

_____

Submitted: January 12, 2026
Filed: February 2, 2026
[Unpublished]

_____

Before LOKEN, ARNOLD, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

After Juwan Crawford was indicted for being a felon in possession of a firearm, *see* 18 U.S.C. § 922(g)(1), he moved to dismiss the indictment on the ground that § 922(g)(1) violates the Second Amendment both facially and as applied to him.

When the district court[1] denied his motion, Crawford pleaded guilty to the charge while reserving the right to appeal the denial of his motion. On appeal, Crawford reasserts his contention that § 922(g)(1) violates the Second Amendment, but, as he acknowledges, our court has already rejected his arguments. *See, e.g., United States v. Jackson*, 110 F.4th 1120, 1125, 1129 (8th Cir. 2024); *see also United States v. Mitchell*, 2025 WL 3688159, at *1 (8th Cir. Dec. 19, 2025) (unpublished per curiam). Crawford urges us to reconsider *Jackson*, but only our court sitting en banc can do that. *See United States v. Escobar*, 970 F.3d 1022, 1027 (8th Cir. 2020).

Affirmed.

_____

---

[1]The Honorable Rebecca Goodgame Ebinger, United States District Judge for the Southern District of Iowa.